

# NUMBER 13-22-00046-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

BARRY MINNFEE,                                                    Appellant,

v.

JOYCE BLACK, ET AL.,                                             Appellees.

## On appeal from the 130th District Court
## of Matagorda County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Memorandum Opinion by Justice Benavides**

This matter is before the court on its own motion. On February 3, 2022 and March 10, 2022, the Clerk of the Court notified appellant that his notice of appeal was not timely perfected and was provided thirty days to correct the defect, if it could be done. Appellant

was also advised that, if the defect was not corrected within ten days from the date of receipt of these notices, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(b),(c).

Appellant failed to cure the defect in his notice of appeal and has not otherwise responded to the clerk's notices. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

GINA M. BENAVIDES
Justice

Delivered and filed on the
26th day of May, 2022.

2